IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Earl P. Black | : | Case No. 17-24658-CMB |
| Debra A. Black | : | |
|     Debtor(s) | : | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | Related to:  Document No. 61 |
|     Movant(s) | : | |
| vs. | : | **ENTERED BY DEFAULT** |
| PNC Bank, N.A. | : | |
|     Respondent(s) | : | |

ORDER OF COURT

AND NOW, this ___19th___ day of ___January___, 2023, upon consideration of the TRUSTEE'S MOTION FOR DETERMINATION OF FINAL CURE UNDER F.R.B.P. 3002.1(h), and responses thereto, it is

ORDERED, that the Court hereby determines that: (a) the Trustee has disbursed all payments in accordance with the Debtors' Chapter 13 Plan through November 31, 2022, as to the mortgage of PNC Bank N.A.; (b) all prepetition arrears have been paid and the post-petition payments are fully current as of November 31, 2022; and (c) Debtor(s) are to have resumed direct payments for any payments coming due on and after December 1, 2022; and, it is

ORDERED, that PNC Bank N.A., having failed to comply with FRBP 3002.1(g), shall pay to the Chapter 13 Trustee counsel fees in the amount of $500.00 pursuant to FRBP 3002.1(i)(2); and it is

ORDERED, that PNC Bank N.A. is prohibited from adding any fees or other charges to the Debtors' account in connection with the filing of its Response, or for attending any hearing in this matter.

_Carlota M. Böhm_
Carlota M. Böhm
United States Bankruptcy Judge

glb

FILED
1/19/23 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA