**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Earl P. Black
      Debra A. Black,

                Debtor(s)

Ronda J. Winnecour, Ch 13 Trustee,

                Movant

PNC Bank, NA,

                Respondent

CHAPTER 13

BKY. NO. 17-24658 CMB

Related to: Document Nos. 61 and 68

**CONSENT ORDER VACATING**
**JANUARY 19, 2023 DEFAULT ORDER**

**WHEREFORE**, on December 7, 2023, Ronda J. Winnecour, Chapter 13 Trustee,(hereinafter "Trustee"), filed a Notice of Final Mortgage Cure; and

**WHEREFORE**, PNC Bank, NA (hereinafter "PNC"), agreed that the arrears on the subject loan were cured and that the loan had actually been fully satisfied;

**WHEREFORE**, on December 22, 2023, PNC filed a Response to Notice of Final Cure setting forth that the subject lien had been discharged; and

**WHEREFORE**, on December 29, 2023, Trustee filed a Motion to Determine Final Cure Mortgage Payment re: Rule 3002.1; and

**WHEREFORE**, on January 19, 2023 a Default Order was entered on the Motion; and

**WHEREFORE**, the parties have discussed the matter and agreed to amicably resolve same;

**IT IS** on this \_\_\_\_2nd\_\_\_\_\_ day of February, 2023,

**ORDERED** that the Default Order entered on January 19, 2023 is hereby VACATED;

**IT IS FURTHER ORDERED** that the Motion to Determine Final Cure Mortgage Payment re: Rule 3002.1 is hereby denied as moot; and

**IT IS FURTHER ORDERED** that PNC is prohibited from adding any fees or other charges to the Debtor's account in connection with the filing of its Response or attending any hearing in this matter.

**CONSENTED AND AGREED TO BY:**

/s/ **Brian C. Nicholas, Esq.**
Brian C. Nicholas Esq.
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com
Attorneys for Secured Creditor,
PNC Bank, NA

Dated: 2/01/2023

/s/**James C. Warmbrodt, Esq**
James C. Warmbrodt, Esq. (PA ID 42524)
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com

REVIEWED AND APPROVED BY:

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
2/2/23 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24658-CMB |
| Earl P. Black | Chapter 13 |
| Debra A. Black | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Earl P. Black, Debra A. Black, 6187 Dalmation Drive, Bethel Park, PA 15102-4009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2023              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Debra A. Black julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Kenneth Steidl
    on behalf of Debtor Earl P. Black julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8