| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Earl P. Black | Social Security number or ITIN  xxx–xx–7519 |
|  | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Debra A. Black | Social Security number or ITIN  xxx–xx–5240 |
|  | First Name  Middle Name  Last Name | EIN  __–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  17–24658–CMB | | |

## Order of Discharge                                                                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Earl P. Black                                           Debra A. Black

<u>2/10/23</u>                                          **By the court:** <u>Carlota M Bohm</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24658-CMB |
| Earl P. Black | Chapter 13 |
| Debra A. Black | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Earl P. Black, Debra A. Black, 6187 Dalmation Drive, Bethel Park, PA 15102-4009 |
| 14730856 | | Allegheny County, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14730857 | | Allegheny County Treasurer, c/o John Weinstein, Room 108, Courthouse, Pittsburgh, PA 15219-2497 |
| 14730858 | + | Andrews & Price, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14730860 | + | Bethel Park Borough, 301 Church Road, Bethel Park, PA 15102-1696 |
| 14730861 | + | Bethel Park School District, 301 Church Road, Bethel Park, PA 15102-1689 |
| 14730864 | | Clarke & Company Pathology, 5700 South Wyck Blvd, Toledo, OH 43614-1509 |
| 14730865 | + | Colonial Acceptance Company, PO Box 25, Charleroi, PA 15022-0025 |
| 14730867 | | Emergency Resource Management, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14730868 | + | Erie Insurance Exchange, PO Box 361625, Columbus, OH 43236-1625 |
| 14730869 | | Family Practice Medical Assoc South, 1200 Brooks Lane, Suite 290, Jefferson Hills, PA 15025-3765 |
| 14730871 | + | Filtropur Cleaning System, and Prime Acceptance, c/o Merchants Credit Guide Co., 223 W. Jackson Blvd. #700, Chicago, IL 60606-6914 |
| 14730874 | | Jefferson Regional Medical Center, PO Box 643054, Pittsburgh, PA 15264-3054 |
| 14730876 | | Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14730878 | + | Mahpareh Mostoufizadeh, MD, 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 14730879 | + | Maiello Brungo & Maiello LLP, 424 South 27th Street, #210, Pittsburgh, PA 15203-2379 |
| 14730880 | + | Municipality of Bethel Park, c/o Jordan Tax Service Inc., 7100 Baptist Road, Bethel Park, PA 15102-3908 |
| 14730884 | | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 14730885 | | South Hills Radiology, PO Box 3425, Pittsburgh, PA 15230-3415 |
| 14730891 | | St. Clair Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14730892 | + | Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14730898 | + | UPMC Health Services, c/o Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14730893 | + | University of Pittsburgh Physicians, c/o Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 11 2023 05:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | Bethel Park School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| cr | | + Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2023 00:07:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14730859 | ^ | MEBN | Feb 11 2023 00:02:15 | Barnes & Noble, c/o D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14757022 | | + Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | Bethel Park School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14730862 | | + Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2023 00:07:00 | Capital One, c/o MCM Credit Management Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14730863 | | + Email/Text: enotifications@santanderconsumerusa.com | Feb 11 2023 00:07:00 | Chrysler Capital, P.O. Box 660335, Dallas, TX 75266-0335 |
| 14745274 | | + Email/Text: enotifications@santanderconsumerusa.com | Feb 11 2023 00:07:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14730866 | | Email/Text: bankruptcy@sw-credit.com | Feb 11 2023 00:07:00 | Comcast, c/o Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14757024 | | + Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14730872 | | + Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | Goehring Rutter & Boehm, Attorneys at Law, 437 Grant Street,14th Floor, Pittsburgh, PA 15219-6101 |
| 14730873 | | + EDI: IRS.COM | Feb 11 2023 05:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14730877 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2023 00:07:00 | Lowe's, c/o Midland Credit Management, Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 14754145 | | + Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2023 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14757021 | | + Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14730882 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2023 00:07:00 | PNC Bank NA, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14749368 | | EDI: PRA.COM | Feb 11 2023 05:04:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14730881 | | EDI: PENNDEPTREV | Feb 11 2023 05:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14730881 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14730883 | | + EDI: CCS.COM | Feb 11 2023 05:04:00 | Progressive Insurance, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14730886 | | Email/Text: PFS.Analyst@stclair.org | Feb 11 2023 00:08:00 | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14730894 | | Email/Text: BankruptcyNotice@upmc.edu | Feb 11 2023 00:08:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2582 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14730895 | ^ MEBN | | Feb 11 2023 00:03:06 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14730899 | Email/Text: amieg@stcol.com | | Feb 11 2023 00:07:00 | UPMC Physician Services, c/o State Collection Service Inc., PO Box 6250, Madison, WI 53716-0250 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14730870 | * | Family Practice Medical Assoc South, 1200 Brooks Lane, Suite 290, Jefferson Hills, PA 15025-3765 |
| 14730875 | * | Jefferson Regional Medical Center, PO Box 643054, Pittsburgh, PA 15264-3054 |
| 14746409 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14730887 | * | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14730888 | * | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14730889 | * | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14730890 | * | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14730896 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14730897 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Debra A. Black julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Earl P. Black julie.steidl@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 48 |

ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8