IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
EARL P. BLACK
DEBRA A. BLACK
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:17-24658

Chapter 13

Related to: Document No. 59

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __10th__ day of __February__, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/10/23 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm   glb
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Earl P. Black  
Debra A. Black  
    Debtors

Case No. 17-24658-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 10, 2023      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Earl P. Black, Debra A. Black, 6187 Dalmation Drive, Bethel Park, PA 15102-4009 |
| 14730856 | | Allegheny County, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14730857 | | Allegheny County Treasurer, c/o John Weinstein, Room 108, Courthouse, Pittsburgh, PA 15219-2497 |
| 14730858 | + | Andrews & Price, 1500 Ardmore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14730860 | + | Bethel Park Borough, 301 Church Road, Bethel Park, PA 15102-1696 |
| 14730861 | + | Bethel Park School District, 301 Church Road, Bethel Park, PA 15102-1689 |
| 14730864 | | Clarke & Company Pathology, 5700 South Wyck Blvd, Toledo, OH 43614-1509 |
| 14730865 | + | Colonial Acceptance Company, PO Box 25, Charleroi, PA 15022-0025 |
| 14730867 | | Emergency Resource Management, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14730868 | + | Erie Insurance Exchange, PO Box 361625, Columbus, OH 43236-1625 |
| 14730869 | | Family Practice Medical Assoc South, 1200 Brooks Lane, Suite 290, Jefferson Hills, PA 15025-3765 |
| 14730871 | + | Filtropur Cleaning System, and Prime Acceptance, c/o Merchants Credit Guide Co., 223 W. Jackson Blvd. #700, Chicago, IL 60606-6914 |
| 14730874 | | Jefferson Regional Medical Center, PO Box 643054, Pittsburgh, PA 15264-3054 |
| 14730876 | | Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14730878 | + | Mahpareh Mostoufizadeh, MD, 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 14730879 | + | Maiello Brungo & Maiello LLP, 424 South 27th Street, #210, Pittsburgh, PA 15203-2379 |
| 14730880 | + | Municipality of Bethel Park, c/o Jordan Tax Service Inc., 7100 Baptist Road, Bethel Park, PA 15102-3908 |
| 14730884 | | Quest Diagnostics, PO Box 71313, Philadelphia, PA 19176-1313 |
| 14730885 | | South Hills Radiology, PO Box 3425, Pittsburgh, PA 15230-3415 |
| 14730891 | | St. Clair Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14730892 | + | Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14730898 | + | UPMC Health Services, c/o Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14730893 | + | University of Pittsburgh Physicians, c/o Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | Bethel Park School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2023 00:07:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14730859 | ^ | MEBN | Feb 11 2023 00:02:17 | Barnes & Noble, c/o D&A Services, 1400 E. |

Case 17-24658-CMB   Doc 77   Filed 02/12/23   Entered 02/13/23 00:23:42   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 14757022 | + | Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | Bethel Park School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14730862 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2023 00:07:00 | Capital One, c/o MCM Credit Management Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14730863 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 11 2023 00:07:00 | Chrysler Capital, P.O. Box 660335, Dallas, TX 75266-0335 |
| 14745274 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 11 2023 00:07:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14730866 | | Email/Text: bankruptcy@sw-credit.com | Feb 11 2023 00:07:00 | Comcast, c/o Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14757024 | + | Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14730872 | + | Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | Goehring Rutter & Boehm, Attorneys at Law, 437 Grant Street,14th Floor, Pittsburgh, PA 15219-6101 |
| 14730873 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2023 00:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14730877 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2023 00:07:00 | Lowe's, c/o Midland Credit Management, Inc., PO Box 60578, Los Angeles, CA 90060-0578 |
| 14754145 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2023 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14757021 | + | Email/Text: ebnjts@grblaw.com | Feb 11 2023 00:07:00 | Municipality of Bethel Park, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14730882 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2023 00:07:00 | PNC Bank NA, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14749368 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2023 00:15:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14730881 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14730883 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 11 2023 00:08:00 | Progressive Insurance, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14730886 | | Email/Text: PFS.Analyst@stclair.org | Feb 11 2023 00:08:00 | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14730894 | | Email/Text: BankruptcyNotice@upmc.edu | Feb 11 2023 00:08:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2582 |
| 14730895 | ^ | MEBN | Feb 11 2023 00:03:08 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14730899 | | Email/Text: amieg@stcol.com | Feb 11 2023 00:07:00 | UPMC Physician Services, c/o State Collection Service Inc., PO Box 6250, Madison, WI 53716-0250 |

TOTAL: 24

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 47 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14730870 | * | Family Practice Medical Assoc South, 1200 Brooks Lane, Suite 290, Jefferson Hills, PA 15025-3765 |
| 14730875 | * | Jefferson Regional Medical Center, PO Box 643054, Pittsburgh, PA 15264-3054 |
| 14746409 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14730887 | * | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14730888 | * | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14730889 | * | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14730890 | * | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 14730896 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14730897 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023                                   Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Debra A. Black julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Earl P. Black julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8